COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO & COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MUNZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & COMPANY; and DOES 1 – 10 inclusive,<br><br>              Defendants. | Case No. 1:17-at-00773<br>Hon.<br>Ctrm.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1331**<br><br>Action Filed:   September 8, 2017<br>Removal Date:  October 12, 2017<br>Trial Date:     None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo & Company ("Wells Fargo") hereby removes the above captioned action from the Superior Court of the State of California, in the County of Kern, to the United States District Court for the Central Eastern of California, Fresno Division. Wells Fargo alleges that it is entitled to removal pursuant to 28 U.S.C.§ 1331, based upon federal question jurisdiction, as follows:

1. Wells Fargo is named in the Complaint filed on September 8, 2017, by Plaintiff Timothy Munz ("Plaintiff") in the Superior Court of the State of California, in the County of Kern Case No. BCL-17-015158 entitled *Timothy Munz v. Wells Fargo & Company* (the "State Court Action").

2. Wells Fargo has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

3. This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on Wells Fargo of a copy of the Complaint on August September 12, 2017.

4. Removal to the United States District Court for the Eastern District of California, Fresno Division, is proper because this is the district and division which embraces the county in which Plaintiff filed the State Court Action. 28 U.S.C. § 1441(a).

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the following federal statute: (1) the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq. See, e.g.,* Complaint ¶¶ 1, 6-14, 18, 21-26; *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 753 (2012).

1       6.    This Court has supplemental jurisdiction over all other claims asserted
2 by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).
3       7.    As required by 28 U.S.C. § 1446(d), Wells Fargo will provide written
4 notice of the removal of this action to Plaintiff, and to the Kern County Superior
5 Court.
6       8.    Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate
7 copies of all papers received as of October 12, 2017.
8       WHEREFORE, Wells Fargo prays that the State Court Action be removed
9 from state court to this Court and that this Court assume jurisdiction over the action
10 and determine it on the merits.

DATED: October 12, 2017

SEVERSON & WERSON
A Professional Corporation

By:   */s/ Courtney C. Wenrick*
       Courtney C. Wenrick

Attorneys for Defendant
WELLS FARGO & COMPANY