COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO & COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MUNZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & COMPANY; and DOES 1 – 10 inclusive,<br><br>            Defendants. | Case No. 1:17-cv-01378-LJO-JLT<br>Hon. Lawrence J. O'Neill<br>Ctrm. 4, 7th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:   September 8, 2017<br>Removal Date: October 12, 2017<br>Trial Date:       May 21, 2019 |

07685.1908/11089861.1

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the Plaintiff Timothy Munz and Defendant Wells Fargo & Company (collectively the "parties") have reached a settlement. The parties anticipated filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within the next 60 days.

DATED: February 15, 2018          SEVERSON & WERSON
                                  A Professional Corporation


                                  By:    */s/ Courtney C. Wenrick*
                                              Courtney C. Wenrick

                                  Attorneys for Defendant WELLS FARGO & COMPANY

DATED: February 15, 2018          LAW OFFICES OF TODD M. FRIEDMAN, P.C.


                                  By:    */s/ Tom Wheeler*
                                              Tom Wheeler

                                  Attorneys for Plaintiff
                                  TIMOTHY MUNZ

07685.1908/11089861.1

NOTICE OF SETTLEMENT

## SIGNATURE CERTIFICATION

I, Courtney C. Wenrick, am the ECF user whose identification and password are being used to file this notice of settlement. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tom Wheeler, counsel for Timothy Munz, and that I have obtained Mr. Wheeler's authorization to affix his electronic signature to this document and he concurs in this filing.

DATED:  February 15, 2018

SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ Courtney C. Wenrick*_____
          Courtney C. Wenrick

Attorneys for Defendant WELLS FARGO & COMPANY

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On February 15, 2018, I served true copies of the following document(s):

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Adrian R. Bacon, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA  91367 | Attorneys for Plaintiff<br>Timothy Munz<br><br>Telephone:  (877) 206-4741<br>Facsimile:   (866) 633-0228<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2018, at Irvine, California.

_____
Tavlor P. Hankins

07685.1908/11089861.1