# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MUNZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY,<br><br>    Defendant. | Case No.: 1:17-cv-01378 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 8) |

The parties report they had come to terms of settlement. (Doc. 8) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than April 20, 2018**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  **February 21, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE